*re Johnson,* No. 15–50134 (5th Cir. May 29, 2015). In *In re Johnson,* No. 16–50842, we warned Johnson that future frivolous or repetitive requests for authorization to file a successive § 2255 motion will result in the imposition of sanctions, which may include dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court and any court subject to this court's jurisdiction. We now expand that warning to include any frivolous filings challenging Johnson's conviction or sentence.

IT IS ORDERED that the decision of the district court is AFFIRMED. Johnson's motions for immediate release, release on bail, and judicial notice are DENIED. ALL OUTSTANDING MOTIONS ARE ALSO DENIED. A SANCTION WARNING is ISSUED.

Adam Poncio, Poncio Law Offices, P.C., San Antonio, TX, for Appellants

Patrick Holder Autry, Branscomb, P.C., San Antonio, TX, for Appellee

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

**IN the MATTER OF: Francis McQueen ROZELLE, Jr.; Clarita Sommers Johnson, Debtors**

**Francis McQueen Rozelle, Jr.; Clarita Sommers Johnson, Appellants**

**v.**

**Trustee John Patrick Lowe, Appellee**

No. 16-50444
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/19/2016

**UNITED STATES of America, Plaintiff-Appellee**

**v.**

**Rex SISTOS, Defendant-Appellant**

No. 15-11269
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/20/2016

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.